KATHERINE GALANOS et al., Respondents, v. CITY OF NEW YORK, Appellant.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.